| | |
|---|---|
| **District Court, Arapahoe County, Colorado**<br>Court Address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | DATE FILED<br>October 7, 2024 8:46 AM<br>FILING ID: 29D56DFBC9C85<br>CASE NUMBER: 2024CV32168 |
| **Plaintiff**: **SVETLANA ABRAMOVICH**, an individual;<br><br>v.<br><br>**Defendant**: **LOWE'S HOME CENTERS, LLC**, a North Carolina limited liability company; and **LOWE'S HIW, INC.**, a Washington corporation. | ▲ **COURT USE ONLY** ▲ |
| Attorneys on behalf of Plaintiff<br>Timur G. Kishinevsky, Esq. Atty. Reg. #31085<br>Michael J. Buchanan, Esq. Atty. Reg. #21780<br>Ian Griffin, Esq. Atty. Reg. #48782<br>Law Office of Timur Kishinevsky<br>2851 South Parker Road, Suite 150<br>Aurora, Colorado 80014<br>P: (720) 748-8888<br>F: (720) 748-8894<br>E: tkish@coloradolawteam.com; buchanan@coloradolawteam.com; ian@coloradolawteam.com | Case No.:<br><br>Div./Courtroom: |
| **COMPLAINT WITH JURY DEMAND** | |

**COMES NOW**, Plaintiff, Svetlana Abramovich, through the Law Office of Timur Kishinevsky, and for her Complaint with Jury Demand against Defendants, Lowe's Home Centers, LLC and Lowe's HIW, Inc. (collectively "Defendants"), and states and alleges as follows:

## GENERAL ALLEGATIONS

1. Plaintiff, Svetlana Abramovich ("Plaintiff") is an individual and resides at 3750 South Jebel Way, Aurora, Colorado 80013.

2. Defendant Lowe's Home Centers, LLC ("Lowe's") is a North Carolina limited liability company in good standing with the Colorado Secretary of State. It reports a principal place of business located at 1000 Lowes Boulevard, Morresville, North Carolina 28117 and a registered agent of Corporation Service Company located at 1900 West Littleton Boulevard, Littleton, Colorado 80120.

3. Defendant Lowes HIW, Inc. ("Lowe's HIW, Inc.") was a Washington corporation and it is not in good standing with either the Colorado Secretary of State or Washington

Secretary of State. Lowe's HIW, Inc. relinquished its authority on January 2, 2014 with the Colorado Secretary of State, and its authority was terminated with the Washington Secretary of State. It reports a principal place of business located at 101 Andover Park E, Suite 200, Tukwila, Washington 98188 and a registered agent of Corporation Service Company located at 1560 Broadway, Suite 2090, Denver, Colorado 80202.

4. Lowe's HIW, Inc. owns by fee simple ownership real property located at Lot 1 Blk 1 Wal-Mar At Buckley Plaza Sub 1st Flg, which is otherwise located at 4401 South Buckley Road, Aurora, Colorado 80015.

5. Lowe's HIW, Inc. reports to the Arapahoe County Clerk and Recorder a location of 1000 Lowes Boulevard, Morresville, North Carolina 28117.

6. Lowe's operates a Lowe's home improvement store located at 4455 South Buckley Road, Aurora, Colorado 80015, which is the physical building located on Lot 1 Blk 1 Wal-Mar At Buckley Plaza Sub 1st Flg, which is otherwise owned by Lowe's HIW, Inc.

7. On October 8, 2022, Plaintiff was shopping at the Southeast Aurora Lowe's store # 1730, which is otherwise located at 4455 South Buckley Road, Aurora, Colorado 80015. The location is within Arapahoe County, Colorado.

8. On October 8, 2022, Plaintiff was wearing appropriate footwear and being mindful of her surroundings while she shopped.

9. As Plaintiff proceeded down an aisle, Plaintiff slipped and fell on an unseen and unknown object at the time in the aisle, feeling immediate and immense pain.

10. Plaintiff fell on her left side, which injured her knee and the left side of her upper torso.

11. Plaintiff was left disoriented after the fall and shaken by the incident.

12. Plaintiff then learned that the cause of the slip-and-fall incident was a nylon packaging strap.

13. Plaintiff was shopping with her daughter, and another shopper witnessed the slip and fall incident.

14. A manager at the store arrived in the aisle shortly after the incident.

15. An ambulance was dispatched and took Plaintiff to seek immediate medical care.

16. Jurisdiction and venue are proper in the District Court, Arapahoe County, State of Colorado pursuant to C.R.S. § 13-1-124(1)(b) and C.R.C.P. 98(c) because the transactions and occurrences forming the basis of this Complaint with Jury Demand occurring in the same.

## CLAIMS FOR RELIEF

### *First and Second Claim for Relief: Premises Liability*

17. On or about October 8, 2022, Defendants owned, operated, controlled, and/or conducted activities at the premises located at 4455 South Buckley Road, Aurora, Colorado 80015.

18. Defendants permitted activities to be conducted and/or allowed conditions to be present on their property/premises which they knew, or reasonably should have known, created an unreasonable risk of injury/damage/loss, to persons such as Plaintiff.

19. Plaintiff was on Defendants' premises as an invitee to conduct business.

20. Defendants, as operators and/or owners of the premises, were negligence because they failed to use reasonable care in the management and maintenance of the premises with respect to conducting business on the premises, or to give adequate warning of the hazardous condition(s) existing on the premises located at 4455 South Buckley Road, Aurora, Colorado 80015.

21. On or about October 8, 2022, Plaintiff incurred injuries, damages, and losses as a result of a hazardous condition(s) that existed on the premises located at 4455 South Buckley Road, Aurora, Colorado 80015, operated and/or owned by Defendants on or about the aforementioned date, when Plaintiff fell on the nylon packaging strip while shopping at Defendants' home improvement store.

## DAMAGES

22. Plaintiff incorporates all other paragraphs as if fully set forth herein.

23. Defendants' negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present on their property/premises which they knew, or reasonably should have known, created an unreasonable risk(s) of injury/damage/loss caused Plaintiff to incur past, present, and future non-economic injuries, damage, and losses including pain and suffering, inconvenience, emotional distress, permanent injury/disfigurement/disability and/or impairment of her quality of life.

24. Defendants' negligence and/or permitting of activities to be conducted or allowing a condition(s) to be present on its property/premises which they knew, or reasonably should have known, created an unreasonable risk(s) of injury/damage/loss caused Plaintiff to incur past, present, and economic losses including reasonable and necessary medical expenses including ambulance, physician, hospital therapy, prescription, and/or other expenses.

***Plaintiff demands a trial by jury on all issues so triable.***

**WHEREFORE**, Plaintiff, Svetlana Abramovich, requests judgment in her favor and against Defendants, Lowe's Home Centers, LLC and Lowe's HIC, Inc., in an amount to be

proven at trial, together with pre- and post-judgment interest, attorney fees, costs, and any such other and further relief the Court deems just and fair.

Respectfully submitted October 7, 2024

Law Office of Timur Kishinevsky

Original signature on file with Law Office of Timur Kishinevsky LLC.

s/ Ian Griffin, Esq.

Timur Kishinevsky, Atty. Reg. #31085
Michael J. Buchanan, Atty. Reg. #21780
Ian Griffin, Atty. Reg. #48782
Attorneys for Plaintiff(s)
2851 S. Parker Rd., Ste. 150
Aurora, Colorado 80014
P: (720) 748-8888
F: (720) 748-8894